File or Notice

FILED
07 OCT -2 PM 1: 15
DISTRICT COURT
OF ALABAMA

Gordon Elton Hayes
PO Box 1240
Columbiana, Al 35051

September 27, 2007
Honorable Ingle P. Johnson
Federal Courthouse, Courtroom 3
Birmingham, Al

RE: 4:07-CR-062-IPJ-TMP

PG S-1-07
S'd 8-9-07
360 mo

Your Honor,

I have tried using my attorney to contact you and to forward a letter to you within the ten days stated in court. She has not answered any of my letters, I even included a SASE, or contacted me.

I feel you should know this since Lataine Thomas and David Thomas stated things that were not true and in the letter Latain Thomas sent you.

To start with I have never been in trouble with the law before, except for traffic fines which were always taken care of. I also have over 20 years in maintance and repair in electronics, including computers. I also had 2 days to destroy the computer. I did take it from Guntersville to Sulligent, Al to do just that. I stood there in my brother's shop for the longest

time with a hammer in my hand. I'm not sure why I didn't destroyed it. It just happened that one afternoon only. I got sick to myself and ashamed of what had happened. I know that this is not much better, but it only happened that once. It was not a continuous thing as Lataine and David led you to believe.

I thought I was doing the right thing by giving the information to the FBI instead of destroying it. Lataine has never used the name of Hayes before she signed the letter to you. All her checking, bills, and CDL have always been in the name of Thomas. I'm not sure why she would sign it Lataine Hayes. Also when I came into that family, I was not down and out or broke. I had a successful trucking company with my own truck. She is the one that filled bankrupt, not me. I paid all closing and down payment on the house. It was in my name only since her credit was so bad. She said they took me in having nothing. If you will check this out alone with the rest of their statements and letter, you will find a lot of false and miss leading statements.

I told my attorney all this and she didn't think it was important enough to bring it

to your attention. There were other errors on the PO report that she said the same thing about.

Respectfully,

Gordon E. Hayes

cc: Theresa Terrebonne
8778 Helena Road
Pelham, Al 35124

Nelton H. Hayes
49019 Hwy 17
Sulligent, Al 35586